IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

**TERRELL RIFE,**

    **Plaintiff,**              CASE NO. 4:17-cv-00196-CRW-SBJ

vs.

**CAPITAL ONE N.A.,**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff TERRELL RIFE and Defendant identified as Capital One N.A., properly known as Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted the 23rd day of January, 2018.

s/ Jason Ravnsborg
Jason Ravnsborg
**HARMELINK, FOX & RAVNSBORG**
**LAW OFFICE**
721 Douglas, Ste. 101
Yankton, SD 57078
Tel: (605) 665-6781
Fax: (605) 665-6781
Jrrlaw@midco.net
Attorney for Plaintiff

29911127 v1

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 23rd day of Januray, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

**Lance W. Lange**
FAEGRE BAKER DANIELS, LLP (IA)
801 Grand Avenue
33rd Floor
Des Moines, IA 50309-8011
515-248-9000
Fax: 515-248-9010
Email: Lance.Lange@FaegreBD.com

By: s/ *Alyson Dykes*
Alyson Dykes