UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TERRELL RIFE<br>    Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>    Defendant, | Case No. 4:17-cv-00196-CRW-SBJ<br><br>JOINT STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED,

DATED: March 26, 2018

/s/ *Jason Ravnsborg*
**Jason Ravnsborg**
Harmelinke, Fox & Ravnsborg
721 Douglas Ave., Ste. 101
Yankton, SD 57078
605-665-1001
jrrlaw@midco.net
ATTORNEY FOR PLAINTIFF

/s/ *Lance W. Lange*
**Lance W. Lange**
Faegre Baker Daniels, LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
515-248-9000

1

Lance.Lange@FaegreBD.com
ATTORNEY FOR DEFENDANT